Keith M. White #188536
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendant
PAUL A. SCHLICHTING

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MUGRIDGE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>PAUL A. SCHLICHTING<br><br>　　　　　Defendants. | CASE NO.   1:16-cv-01225-LJO-SAB<br><br>**STIPULATION AND ORDER TO CONTINUE PLAINTIFF DAVID MUGRIDGE'S MOTION FOR SUMMARY JUDGMENT** |

   WHEREAS, Plaintiff DAVID MUGRIDGE's ("Plaintiff"), Motion for Summary Judgment is set to be heard on October 25, 2016 at 8:30 a.m. in Courtroom 4;

   WHEREAS, Defendant PAUL A. SCHLICHTING ("Defendant"), retained counsel for the first time on Saturday, October 8, 2016;

   WHEREAS, counsel for Plaintiff and Defendant have been participated in settlement discussions since Monday, October 9, 2016;

   WHEREAS, Plaintiff and Defendant wish to focus their efforts and limited resources on resolving this dispute, and/or narrowing issues, and removing barriers to access rather than respond to Plaintiff's Motion for Summary Judgment and take other action that may be necessary to properly litigate this matter;

   WHEREAS, Plaintiff and Defendant wish additional time to attempt resolution of the matter without incurring fees and costs associated with filing additional pleadings, preparing for and attending the hearing on the Motion for Summary Judgment as currently scheduled;

   WHEREAS, the parties wish to conserve the Court's resources and time and not unnecessarily

burden the Court with a matter that may be informally resolved;

NOW, THEREFORE, Plaintiff DAVID MUGRIDGE, by and through his counsel of record, Layne Hayden of Layne Hayden Attorney at Law, and Defendant PAUL A. SCHLICHTING, by and through his counsel of record, Keith M. White of Coleman & Horowitt, LLP hereby stipulate as follows:

1. That Plaintiff DAVID MUGRIDGE's Motion for Summary Judgment set for October 25, 2016, be continued to a date after December 13, 2016 to allow the parties to thoroughly explore the informal resolution of the matter and for the parties to properly respond to Plaintiff's complaint, potentially amend the Complaint (and Scheduling Order), oppose Plaintiff's Motion for Summary Judgment and take other action that may be necessary to properly litigate this action if settlement is not reached.

Dated: October 13, 2016                                  COLEMAN & HOROWITT, LLP

By:____*/s/ Keith M. White*_____
KEITH M. WHITE
Attorneys for Defendant,
PAUL A. SCHLICHTING

IT IS SO STIPULATED:

Dated: October 13, 2016                                  LAYNE HAYDEN ATTORNEY AT LAW

By:____*/s/ Layne Hayden*_____
LAYNE HAYDEN
Attorney for Plaintiff
DAVID MUGRIDGE

(Order on following page.)

**<u>ORDER</u>**

Upon reading and reviewing the above Stipulation, and good cause therefor appearing,

IT IS HEREBY ORDERED as follows:

1. The hearing on the Motion for Summary Judgment of this matter currently set for October 25, 2016 at 8:30 a.m. in Courtroom 4 be continued to **December 15, 2016 at 8:30 a.m.** in Courtroom 4. If the parties wish to file amended pleadings or otherwise modify the Court's Scheduling Order, they must do so by appropriate stipulation and order or motion.

2. The parties are informed that it is this Court's practice to review pending motions upon the expiration of the reply deadline to determine whether a hearing is necessary or would be helpful. The Court will notify the parties shortly thereafter by minute order whether the motion will be taken under submission on the papers pursuant to Local Rule 230(g).

IT IS SO ORDERED.

Dated:   **October 13, 2016**              /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE