1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| DAVID MUGRIDGE,<br><br>        Plaintiff,<br><br>     v.<br><br>PAUL A. SCHLICHTING,<br><br>        Defendant. | Case No.  1:16-cv-01225-LJO-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE FROM NOVEMBER 14, 2016, TO JANUARY 10, 2017 AT 10:00 A.M. |

12
13
14
15
16
17

18        On August 18, 2016, the Court set an initial scheduling conference in this matter for

19 November 14, 2016, at 9:45 a.m. before the undersigned.  (ECF No. 3.)  On October 18, 2016,

20 Plaintiff filed a motion to amend the complaint.  (ECF No. 12.)  On November 1, 2016, Plaintiff

21 filed a stipulation for an extension of time.  (ECF No. 15.)  On November 2, 2016, Chief Judge

22 Lawrence J. O'Neill granted Plaintiff's request for leave to file an amended complaint and

23 ordered Plaintiff to file any amended complaint on or before November 23, 2016.  (ECF No. 16.)

24 Therefore, the Court shall continue the initial scheduling conference in this matter to January 10,

25 2017, at 10:00 a.m.

26        Accordingly, IT IS HEREBY ORDERED that:

27        1.      The initial scheduling conference in this matter is continued from November 14,

28               2016, to January 10, 2017, at 10:00 a.m.; and

1        2.      The parties shall file a joint scheduling report one week prior to the scheduling

2      conference.

IT IS SO ORDERED.

Dated:   **November 3, 2016**

UNITED STATES MAGISTRATE JUDGE